EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Ignacio Villamarzo García | 2016 TSPR 162 196 DPR ____ |

Número del Caso: TS-5,345

Fecha: 12 de julio de 2016

Abogado del Peticionario:

      Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Ignacio Villamarzo García          **Núm.** TS-5,345

RESOLUCIÓN

San Juan, Puerto Rico, a 12 de julio de 2016

Evaluada la *"Moción solicitando reinstalación al ejercicio de la abogacía y la notaría",* se provee ha lugar.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. La Jueza Asociada señora Pabón Charneco no intervino.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina